AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

Southern Division at London

UNITED STATES OF AMERICA

*Plaintiff(s)*

v.   Civil Action No. 6:17-262-DCR

VICTORIA LUNSFORD, ET AL

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LEROY LUNSFORD
12581 North Highway 11
Oneida, KY 40972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  A. George Mason, Jr.
George Mason Law Firm, PSC
4048 Peppertree Drive
Lexington, KY 40513

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/25/2017

Robert R. Carr, Clerk
*Signature of Clerk or Deputy Clerk*

kja

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:17-262-DCR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Leroy Lunsford**
was received by me on *(date)* **November 25, 2017** .

❏ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☒ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **January 4, 2018**

/s/ A. George Mason, Jr.
*Server's signature*

A. George Mason, Jr., Attorney for Plaintiff
*Printed name and title*

George Mason Law Firm, PSC
4048 Peppertree Drive
Lexington, KY 40513
*Server's address*

Additional information regarding attempted service, etc:

The restricted certified mailing of the summons and complaint for the above named
Defendant was returned by the USPS marked "Deceased" on November 25, 2017.

Print   Save As...   Reset

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RESTRICTED DELIVERY:
Leroy Lunsford
12581 N. Highway 11
Oneida, KY 40972

9590 9402 2458 6249 9177 08

2. Article Number (Transfer from service label)

7016 3560 0001 0388 7957

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

---

PAID LEXINGTON, KY 40511 SEP 25,17 AMOUNT $13.29 R2304E106948-16

40972

1000

George Mason Law Firm, PSC
4048 Peppertree Drive
Lexington, KY 40513
856.224.8277

7016 3560 0001 0388 7957

RESTRICTED DELIVERY

RESTRICTED DELIVERY 09/29/17
10972204@-1N
RETURN TO SENDER
DECEASED
UNABLE TO FORWARD
RETURN TO SENDER

NIXIE

RTS RETURN TO SENDER

☐ OTHER
☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET AS ADDRESSED
☐ NOT DELIVERABLE
☐ UNABLE TO FORWARD

RETURN RECEIPT REQUESTED

RESTRICTED DELIVERY