UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO . 6:17-261-DCR

In Re: 12581 North Highway 11, Oneida, KY 40972

UNITED STATES OF AMERICA,          PLAINTIFF,

VS:

VICTORIA LUNSFORD

UNKNOWN SPOUSE OF VICTORIA LUNSFORD

DANIEL BOONE DEVELOPMENT COUNCIL, INC.          DEFENDANTS.

## ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

Comes now the Defendant, DANIEL BOONE DEVELOPMENT COUNCIL, INC., A Kentucky non-profit corporation, by and through counsel, and for its answer to the Plaintiff's amended complaint filed herein states as follows:

1) The Defendant, DANIEL BOONE DEVELOPMENT COUNCIL, INC., is now known as DANIEL BOONE COMMUNITY ACTION AGENCY, INC., ("DBCAA"), is a Kentucky Non-Profit Corporation, and admits to all things of record in the Commonwealth of Kentucky, Clay County Clerk's Office, Manchester, Kentucky.

2) The Defendant, DBCAA, admits that this Court has proper venue and jurisdiction in this matter.

3) The Defendants, DBCAA, is without sufficient knowledge to form a belief as to the truth of the remaining allegations in paragraphs no. 3, 4, 5, 7, 8, 9, 10, 11, 15, and 16, of the Plaintiff's complaint, and therefore denies the same.

4) The Defendant, DBCAA, admits paragraph no. 12 in so much as to the best of the knowledge of the Defendant, DBCAA, the Defendant, VICTORIA LUNSFORD, is the wife of the Defendant, LEROY LUNSFORD, the Defendant, DBCAA, is without sufficient knowledge to form a belief as to the truth of the remaining allegations in paragraph no. 12 of the Plaintiff's complaint.

5) The Defendant, DBCAA, holds a mortgage interest in the property by virtue of a Mortgage dated April 9, 2003, recorded on April 21, 2003, in Mortgage Book 157, at Page 182, in the Commonwealth of Kentucky, Clay County Clerk's Office. The Defendant, DBCAA, believes its mortgage interest is a second mortgage superior to all other interests in the property except for ad valorem taxes and the first mortgage held by the Plaintiff. The Defendant, DBCAA, lacks sufficient knowledge to form a belief as to the truth of the remaining allegations in paragraph no. 13 of the Plaintiff's complaint.

6) The Defendant, DBCAA, admits to paragraph no. 14 that the Property is indivisiblle and cannot be divided without materially impairing its value, but denies all other allegations contained in paragraph no. 14 of the Plaintiff's complaint.

7) The Defendant, DBCAA, admits to paragraph 6 of the Plaintiff's complaint.

8) The Defendant, DBCAA, preserves its cross claim as set out in its original answer.

                                                       CUNNAGIN & CUNNAGIN, PLC.

                                                       By:s/Michael Cunnagin
                                                         Michael Cunnagin
                                                         Attorney for Defendant/Counter
                                                         Claimant/Corss Claimant, DBCAA
                                                         P. O. Box 1070
                                                         London, KY 40743-1070
                                                         Phone: (606) 864-7347

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Answer to Amended Complaint has been served by first class mail, postage prepaid to the following on this the 31st day of August, 2018:

A. George Mason, Jr.
George Mason Law Firm
4048 Peppertree Drive
Lexington KY 40513

Julie Roberts Gillum
Gillum & Gillum
117 N Main Street
P O Box 1147
Somerset, KY 42502-1147

Victoria Lunsford
12581 North Highway 11
Oneida, KY 40972

                S/Michael C. Cunnagin
                Michael C. Cunnagin
                Of counsel for DANIEL BOONE
                COMMUNITY ACTION AGENCY, INC.

z:DBCAA-lunsford,victoria-answertoAmendedcomplaint